```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
KEITH RUDNICK,                             :
                    Plaintiff,             :
                                           :     07 Civ. 11460 (DLC)
        -v-                                :
                                           :            ORDER
NIKKI BEACH MIDTOWN, JOHN DOES #1-5        :
(names being fictitious), and ABC          :
CORPS., #1-5,                              :
                                           :
                    Defendants.            :
                                           :
-------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/09
```

DENISE COTE, District Judge:

    According to the October 8, 2008 pretrial scheduling order in this case, the Joint Pretrial Order was due by April 25, 2009.  No such order having been filed, it is hereby

    ORDERED that the plaintiff show cause in writing by May 12, 2009, why the case should not be dismissed for failure to prosecute.

    SO ORDERED:

Dated:    New York, New York
          May 6, 2009

                              _____
                                 DENISE COTE
                          United States District Judge